Carlos Pena
15128 Orizaba Avenue
Paramount, Ca. 90723
Tel. 562-353-9455

Defendant Appearing
In Pro Per

McGLINCHEY STAFORD
Brian A Paino (SBN 251243)
Mike Aleali (SBN 285874)
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone: (949) 381-5900
Facsimile: (949) 271-4040
Email:   bpaino@mcglinchey.com
         malealy@mcglinchey.com

Attorneys for Defendant OCWEN LOAN SERVICING, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS PENA<br><br>    Plaintiff,<br><br>v<br><br>OCWEN LOAN SERVICING, LLC, et all<br><br>    Defendant(s) | Case NO.<br>CV 17-2437-FMO (GJSx)<br><br>"FIRST AMMENDED COMPLAINT" |

NOTICE OF FIRST AMMENDED COMPLAINT

TO DEFENDANT AND TO ITS COUNSEL OF RECORD: NOTICE IS HEREBY

GIVEN

1

FIRST AMMENDED COMPLAINT

## STATEMENT OF THE CASE

The subject First amended complaint, deals directly with the fact that said property in dispute, originally was illegally processed by Ocwen Loan Servicing LLC (later referred as defendant) to an individual not on title then, Ignacio M Pena/Carlos Pena (later referred as Plaintiff). Inspite of it, defendant processed documentation, collected money, and is illegally processing documentation again years later, when said property is under investigation and part of a case in another federal courthouse setting, in the County of Orange California as one of many properties that were transferred illegally by one or more other entities.

**ARGUMENT**

Based upon the fact that legal documents have been processed and money has been interchanged in result of said verifiable acts, Supported by documents at the County Hall of Records of Los Angeles and Orange. These documents supporting transactions that would have required veracity in the legality of said title transaction. As well, medically proven that a perfect healthy individual would have suffered several massive brain attacks within months of said abnormalities, ending with his life. This verifiable and recorded at the County Hall of Records and supported by public record as well at the Kaiser Permanent Hospital.

As evidence by judicially facts, it is understood that there should not be a non legal entity able to come in and dispose of the belongings of a third party. Nevertheless come in and collect money, falsifying the legal expected responsibilities of our legal system and it's recording procedures, clearly specified by Law.

## CONCLUSION

The Defendant begs the court for the appropriate consideration in order for truth to do justice, for the victim not to continue to suffer additional economic restraints, in addition to the ones having been suffered, including possibly the lost of a life in the process as part of the illegal processing of said property, as it may be verifiable in court by the court, at the appropriate moment supported by Legal, Real Estate and Medical documentation. Based on the arguments set forth, I respectfully request that the First Ammended Complaint be accepted in order to pursue with this action.

Dated 5-18-17                    Respectfully Submitted,

                                 X _Carlos Pena_
                                 Carlos Peña, Defendant In Pro-Per

PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I Jose Barahona, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business is at 11224 Long Beach Blvd., Lynwood, Ca. 90262.

On May 18, 2017, I served the document(s) described as **PLAINTIFF CARLOS PENA FIRST AMMENDED COMPLAINT FILED IN COMPLIANCE WITH RULE 3-2, CASE No CV17-2437 FMO (GJSx)** THEREOF as follows:

✓ BY MAIL: As follows :

    ✓ FEDERAL – I deposited such envelope in the U.S. mail at Lynwood, California, with postage thereon fully prepaid.

Executed o May 18, 2017, at Lynwood, California

_____
Jose Barahona