**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS PENA, | Case No. CV 17-2437 FMO (GJSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| OCWEN LOAN SERVICING, LLC, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 23th day of April, 2018.

/s/
Fernando M. Olguin
United States District Judge